# Exhibit 10



T: 847.836.6933
F: 847.551.3369

cliff@theinductor.com - www.theinductor.com

1175 Jansen Farm Ct. Elgin, IL 60123



The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.

**From:** support . <support@solary.us>
**Sent:** Wednesday, November 29, 2023 9:10 AM
**To:** Clifford Lu <cliff@theinductor.com>
**Subject:** Re: Solary Trademark Infringements

I have a meeting at 10am.

Speak with your team - if you fail to withdraw your complaint with Amazon ASAP, we reserve the right to pursue legal action.

Thanks,

Ricky

> On Nov 22, 2023, at 6:38 AM, support . <support@solary.us> wrote:
>
> Hey Cliff, thanks for bringing this to my attention. I have definitely informed our e-commerce team. Apologies for the delay. I will make sure they get it fixed.
>
> Happy thanksgiving!
>
> Ricky
>
>> On Nov 21, 2023, at 4:59 PM, Clifford Lu <cliff@theinductor.com> wrote:

1

Ricky,
This has been 11 days since we heard that these were going to be resolved. We have yet to see any movement on this.
https://solary.us/products/solary-coil-kit-for-auto-body-repair?variant=39741017981006&currency=USD&utm_medium=product_sync&utm_source=google&utm_content=sag_organic&utm_campaign=sag_organic&srsltid=AfmBOoqRn8oDaNbcmA1ABgsreh2YYlnrsHEPlguv_D2V-a8v8KQr_C6G2Ho

**Cliff Lu**

Sales and Marketing Specialist

<image001.jpg>

T: 847.836.6933
F: 847.551.3369
cliff@theinductor.com - www.theinductor.com
1175 Jansen Farm Ct. Elgin, IL 60123
<image002.png>
<image003.png>
<image004.png>
<image005.png>
<image006.png>

The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.

**From:** Clifford Lu
**Sent:** Friday, November 10, 2023 12:22 PM
**To:** support . <support@solary.us>
**Subject:** RE: Solary Trademark Infringements

Ricky,

Also here is the link to the other product in question on the Solary.us page.
https://solary.us/products/mini-ductor-bolt-removal-1200w-b0cfczrdj9?_pos=16&_sid=879d75a96&_ss=r

**Cliff Lu**

Sales and Marketing Specialist

<image001.jpg>

T: 847.836.6933
F: 847.551.3369
cliff@theinductor.com - www.theinductor.com
1175 Jansen Farm Ct. Elgin, IL 60123
<image002.png>
<image003.png>
<image004.png>
<image005.png>

&lt;image006.png&gt;

The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.

**From:** Clifford Lu
**Sent:** Thursday, November 9, 2023 3:26 PM
**To:** support . &lt;support@solary.us&gt;
**Subject:** RE: Solary Trademark Infringements

Ricky,

It was nice speaking with you today. Please see the TESS registration numbers in the snips below from the USPTO. I have spoken with the owners here we are willing to budge on the request for removal from US marketplaces if the trademark issue is fixed and any reference to Mini-Induction or Mini-Ductor is removed.

&lt;image007.png&gt;
&lt;image008.png&gt;
&lt;image009.png&gt;
&lt;image010.png&gt;

**Cliff Lu**
Sales and Marketing Specialist

&lt;image001.jpg&gt;

T: 847.836.6933
F: 847.551.3369
cliff@theinductor.com - www.theinductor.com
1175 Jansen Farm Ct. Elgin, IL 60123

&lt;image002.png&gt;
&lt;image003.png&gt;
&lt;image004.png&gt;
&lt;image005.png&gt;
&lt;image006.png&gt;

The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.

**From:** Clifford Lu
**Sent:** Thursday, November 9, 2023 12:49 PM
**To:** support . &lt;support@solary.us&gt;
**Subject:** RE: Solary Trademark Infringements

https://www.amazon.com/dp/B0C369N776?psc=1&ref=ppx_yo2ov_dt_b_product_details
https://www.amazon.com/dp/B0851C6Q22?psc=1&ref=ppx_yo2ov_dt_b_product_details
https://www.amazon.com/dp/B09262QC6G?psc=1&ref=ppx_yo2ov_dt_b_product_details
https://www.amazon.com/dp/B08PD8ZSXZ?psc=1&ref=ppx_yo2ov_dt_b_product_details

We ordered 5 units and every single one of them came with the attachment sent before. As stated earlier only way to rectify this at this point is to pull them all from U.S marketplaces. I figured I'd reach out as an honorable gentleman before starting the process through Ebay's Vero process, Walmarts brand portal and Amazon Brand Registry to report the violations and lock the accounts and see if we can reach an agreement.

**Cliff Lu**
Sales and Marketing Specialist

T: 847.836.6933
F: 847.551.3369
cliff@theinductor.com - www.theinductor.com
1175 Jansen Farm Ct. Elgin, IL 60123

<image001.jpg>   <image002.png>
<image003.png>
<image004.png>
<image005.png>
<image006.png>

The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.

**From:** support . <support@solary.us>
**Sent:** Thursday, November 9, 2023 12:16 PM
**To:** Clifford Lu <cliff@theinductor.com>
**Subject:** Re: Solary Trademark Infringements

Hi Clifford,

Thank you for reaching out. We are surprised to hear that our user guide includes your trademark(s). Can you show me exactly what you are talking about? Which links did your test buys come from?

I look forward to hear from you.

Thanks,
Ricky

4

On Nov 8, 2023, at 3:01 PM, Clifford Lu <cliff@theinductor.com> wrote:

To whom it may concern:

I wanted to bring this up as the test buys that we have done show that you have left all of our trademarks that are registered to Induction Innovation's in your user guide. I am now going to demand that because of this discovery you pull your products from Amazon as we are in the midst of filing all documentation needed to lock the inventory and listing at Amazon. We will be doing the same with Walmart and Meite on Ebay.

**Cliff Lu**
Sales and Marketing Specialist

T: 847.836.6933
F: 847.551.3369
cliff@theinductor.com - www.theinductor.com
1175 Jansen Farm Ct. Elgin, IL 60123

<image002.png>

<image001.jpg>   <image003.png>

<image004.png>

<image005.png>

<image006.png>

The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.

**From:** support . <support@solary.us>
**Sent:** Friday, October 6, 2023 9:42 PM
**To:** Clifford Lu <cliff@theinductor.com>
**Subject:** Re: Solary Trademark Infringements

Thank you for your reminder, we will pay careful attention to this matter

Solary Electric Equipment
973-653-3333
48 East 6TH Street, Paterson, NJ 07524

On Friday, October 6, 2023 at 05:08:09 AM GMT+8, Clifford Lu <cliff@theinductor.com> wrote:

Ricky and To Whom it May Concern,

We have noticed several times in the past that you have had Induction Innovation's registered trademark, Mini-Ductor®, within the content on your website and other advertisements. We appreciate your compliance in redacting these errors; however, it appears they continue from time to time. In previous correspondence with Ricky (solarysale@163.com) regarding Amazon, eBay, and Walmart accounts, it was stated that this would end. It is greatly appreciated that these violations do come to an end, as any future usage of our trademarks on any marketplace will result in legal action taken by the company's legal department. Please ensure these are removed from all sites, advertisements, and marketplaces in a timely manner.

Best regards.

Sincerely,

**Cliff Lu**
Brand Protection Specialist

T: 847.836.6933
F: 847.551.3369
cliff@theinductor.com - www.theinductor.com
1175 Jansen Farm Ct. Elgin, IL 60123

<image002.png>

<image001.jpg>   <image003.png>

<image004.png>

<image005.png>

<image006.png>

The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such

6

information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.

# Paul R. Hale

| | |
|---|---|
| **From:** | support . <support@solary.us> |
| **Sent:** | Thursday, November 10, 2022 8:25 AM |
| **To:** | Clifford Lu |
| **Subject:** | Re: Trademark Infringment |

Hi Cliff,

Can you send the registered trademark again? The link below has expired.

Thanks,
Ricky

Solary Electricals
201-933-5888

354 13th Street, Carlstadt, NJ, 07072
www.solary.us


> On Nov 9, 2022, at 2:10 PM, Clifford Lu <cliff@theinductor.com> wrote:
>
> To whom it may concern:
> We have been seeing multiple listings from Solary/Meite that violate our Mini-Ductor® or have iterations that clearly violate our intellectual property rights. Please remove the keyword and phrase from online marketplace listings. See picture for example.
> 1/2" to 1-3/4" Coil Mini Ductor Long Coil Kit | Solary Electricals
> We are seeing these on Amazon/eBay. Any further provocations in these regards we will be forced to file VERO reports as well as Brand registry complaints in regard to this. Actions after that will include legal ramifications.
> This is a registered trademark that you are violating.
> https://tmsearch.uspto.gov/bin/gate.exe?f=doc&state=4808:9w3vq6.3.1
>
> **Cliff Lu**
> Sales and Marketing Specialist
>
> 
>
> T: 847.836.6933
> F: 847.551.3369
> cliff@theinductor.com - www.theinductor.com
> 1175 Jansen Farm Ct. Elgin, IL 60123
>
> 
>
> The information contained in this electronic mail message, including any attachments, is confidential and intended for the use of the person or entity to whom the e-mail is addressed. By continuing to accept electronic communications from us, we may presume you agree to maintain the confidentiality of the contents hereof and not utilize such information to our detriment or disclose the information. Any further distribution of the message is prohibited without the written consent of the sender. If you are not the intended recipient of this message, be advised that any dissemination, distribution, copying or use of the contents of this message is strictly prohibited. If you receive this e-mail message in error, please contact the sender by reply e-mail. Also, please permanently delete all copies of the original e-mail and any attached documentation.