**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Induction Innovations, Inc.

                              Plaintiff,

v.                                                                               Case No.: 1:24–cv–01553
                                                                          Honorable LaShonda A. Hunt

Solary Electric Equipments Co., Ltd.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 8, 2025:

       MINUTE entry before the Honorable Beth W. Jantz: Status hearing on settlement held on 1/6/2025 and continued to an off–record call on settlement on 1/14/2025 at 12:30 p.m. Plaintiff withdraws their motion for preliminary injunction [62] without prejudice to refiling. To join the hearing by phone, dial 1–650–479–3207 and enter access code 2308 182 1801. Entering an attendee code is not required. If the parties would like to provide their own call–in line for the Court to use on 1/14/25, they may do so by emailing this Court's courtroom deputy by noon on 1/13/25. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.