IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Induction Innovations, Inc. and <br> Sarge Holdings Co., LLC <br> (collectively, "Induction"), <br>       Plaintiffs-counterclaim Defendants, <br> v. <br> Solary Electric Equipments Co., Ltd., <br>       Defendant-counterclaim Plaintiff. | Case No. 1:24-cv-01553 <br><br> Hon. LaShonda A. Hunt <br><br> Magistrate Judge Beth W. Jantz |

**JOINT MOTION FOR ENTRY OF THE AGREED PROPOSED
ORDER TITLED: CONSENT JUDGMENT ORDER AND DISMISSAL**

Per the Court's Standing Order regarding Proposed Orders, the parties jointly and respectfully request that the Court enter the agreed proposed order titled: CONSENT JUDGMENT ORDER AND DISMISSAL, which was submitted to the Court via electronic mail on March 7, 2025, at 7:37 p.m. CST. The proposed order functions both as a consent judgment regarding Plaintiff's asserted intellectual property in this case, as well as a joint stipulation of dismissal of all claims and counterclaims, with prejudice. Thank you for the Court's attention to this matter.

Date: March 10, 2025

Respectfully submitted,

s/Michael P. Mazza/
Michael P. Mazza,
Illinois Bar No. 6201609
Paul R. Hale
Illinois Bar No. 6320732
Michael P. Mazza, LLC
686 Crescent Blvd.
Glen Ellyn, Illinois 60137-4281
Phone: (630) 858-5071
Fax: (630) 282-7123
Email: mazza@mazzallc.com
         paul@mazzallc.com

                                                **Attorneys for the Plaintiffs Induction Innovations, Inc., and Sarge Holdings Co., LLC**

Date: March 10, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Sid V. Pandit*

　　　　　　　　　　　　　　　　　　　　Nicholas T. Peters (IL 6279677)
　　　　　　　　　　　　　　　　　　　　ntpete@fitcheven.com
　　　　　　　　　　　　　　　　　　　　Mary F. Fetsco (IL 6315338)
　　　　　　　　　　　　　　　　　　　　mfetsco@fitcheven.com
　　　　　　　　　　　　　　　　　　　　**FITCH, EVEN, TABIN & FLANNERY LLP**
　　　　　　　　　　　　　　　　　　　　120 South LaSalle Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60603
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 577-7000
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 577-7007

　　　　　　　　　　　　　　　　　　　　Sid V. Pandit (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　svp@maierandmaier.com
　　　　　　　　　　　　　　　　　　　　Timothy J. Maier (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　tjm@maierandmaier.com
　　　　　　　　　　　　　　　　　　　　**MAIER & MAIER PLLC**
　　　　　　　　　　　　　　　　　　　　345 South Patrick Street
　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　Telephone: (703) 740-8322
　　　　　　　　　　　　　　　　　　　　Facsimile: (703) 991-7071

　　　　　　　　　　　　　　　　　　　　**Attorneys for Defendant Solary Electric Equipments Co., Ltd.**

## **CERTIFICATE OF SERVICE**

The forgoing was served via electronic mail upon all counsel of record who have consented to service by electronic mail in this case, on March 10, 2025.

s/Paul R. Hale/