# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Induction Innovations, Inc.

                                             Plaintiff,

v.                                                                           Case No.: 1:24−cv−01553

                                                                               Honorable LaShonda A. Hunt

Solary Electric Equipments Co., Ltd.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: The parties' joint motion for entry of an agreed consent judgment order and stipulation of dismissal [80] is granted. Enter Consent Judgment Order and Stipulation of Dismissal. The motion hearing set for 3/18/25 [81] is stricken. This action is dismissed with prejudice. All pending hearings and motions are terminated as moot. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.